```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   OSCAR GOMEZ GORIBALDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-354-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: February 28, 2012 |
| EVARISTO ARREOLA-VENTURA, et ) | TIME: 9:15 a.m. |
| al., ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, OSCAR GOMEZ GORIBALDO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant, EVARISTO ARREOLA-VENTURA, by and through his attorney, OLAF HEDBERG that the status conference set for Tuesday, December 20, 2011, be continued to Tuesday, February 28, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

stipulation, December 13, 2011, through and including the date of the new status conference, February 28, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 13, 2011        Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Benjamin Galloway
                                           BENJAMIN GALLOWAY
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           OSCAR GOMEZ GORIBALDO

                                           /s/ Benjamin Galloway for
                                           OLAF HEDBERG attorney for
                                           EVARISTO ARREOLA-VENTURA

DATED: December 13, 2011        BENJAMIN GALLOWAY
                                           United States Attorney

                                           /s/ Benjamin Galloway for
                                           TODD LERAS
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set December 20, 2011, status conference shall be continued to February 28, 2012, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, December 13, 2011, through and including the date of the new status conference hearing, February 28,

2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: December 15, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3