DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
OSCAR GOMEZ GORIBALDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-11-354 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: May 15, 2012 |
| EVARISTO ARREOLA-VENTURA, et ) | TIME: 9:15 a.m. |
| al., ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, OSCAR GOMEZ GORIBALDO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant, EVARISTO ARREOLA-VENTURA, by and through his attorney, OLAF HEDBERG that the status conference set for Tuesday, February 28, 2012, be continued to Tuesday, May 15, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

stipulation, February 23, 2012, through and including the date of the new status conference, May 15, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: February 23, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
OSCAR GOMEZ GORIBALDO


/s/  Benjamin Galloway for
OLAF HEDBERG attorney for
EVARISTO ARREOLA-VENTURA

DATED: February 23, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set February 28, 2012, status conference shall be continued to May 15, 2012, at 9:15 a.m.. It is further ordered that the time period from

the date of the parties' stipulation, February 23, 2012, through and including the date of the new status conference hearing, May 15, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: February 24 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT