DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
OSCAR GOMEZ GORIBALDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>EVARISTO ARREOLA-VENTURA, et )<br>al., )<br>)<br>Defendants. )<br>_____ ) | CR. S-11-354-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 28, 2012<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

    It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant OSCAR GOMEZ GORIBALDO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant EVARISTO ARREOLA-VENTURA, by and through his attorney, OLAF HEDBERG, that the status conference set for Tuesday, June 19, 2012, be continued to Tuesday, August 28, 2012, at 9:15 a.m., for status conference.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    It is further stipulated that the time period from the date of this

stipulation, June 14, 2012, through and including the date of the new status conference, August 28, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: June 14, 2012           Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               OSCAR GOMEZ GORIBALDO


                               /s/  Benjamin Galloway for
                               OLAF HEDBERG
                               Attorney for Defendant
                               EVARISTO ARREOLA-VENTURA


DATED: June 14, 2012           BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               TODD LERAS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff



**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set June 19, 2012, status conference shall be continued to August 28, 2012,

at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, June 14, 2012, through and including the date of the new status conference hearing, August 28, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: June 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3