| | |
|---|---|
| 1 | Olaf W. Hedberg, SBN #151082 |
| | Olaf W. Hedberg, Attorney at Law |
| 2 | 901 H St., Suite 673 |
| | Sacramento, CA 95814 |
| 3 | (916) 447-1192 |
| | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 11-CR-354 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | Date: October 2, 2012 |
| Evaristo Arreola-Ventura | ) | Time: 9:15 am |
| Oscar Gomez Goribaldo | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant Untied States Attorney, attorney for Plaintiff, Olaf Hedberg, attorney for Evaristo Arreola-Ventura, and Ben Galloway, attorney for Oscar Gomez Goribaldo that the status conference now scheduled for October 2, 2012 at 9:15 am be vacated and a new date of November 14, 2012 at 9:15 am be set for further status conference. There is an ongoing inquiry into technical problems with some of the discovery and there will be discovery forthcoming. Further, Defense counsel is continuing to investigate this case.

It is further stipulated and agreed between the parties that the period beginning October

2, 2012 and ending November 14, 2012 , should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Respectfully submitted,
Dated September 28, 2012
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Evaristo Arreola-Ventura

Respectfully submitted,
Dated September 28, 2012
By /s/ Benjamin Galloway
Benjamin Galloway, Attorney at Law
Attorney for Oscar Gomez Goribaldo

Dated this September 28, 2012
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Todd Leras
Michele Beckwith
Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for October 2, 2012 be continued to November 14, 2012 at 9:15 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from October 2, 2012, to and including, the November 14, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T**-4.**

DATED: September 28, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT