```
1   DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160
4
5   Attorney for Defendant
    Evaristo Arreola-Ventura
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,       ) No. CRS 11-354 LKK
                                    )
13              Plaintiff,          )
                                    ) STIPULATION AND ORDER VACATING
14       v.                         ) DATE, CONTINUING CASE, AND
                                    ) EXCLUDING TIME
15  EVARISTO ARREOLA-VENTURA,       )
    OSCAR GOMEZ GORIBALDO           )
16              Defendant.          ) Date:  Feb 26, 2013
                                    ) Time:  9:15 a.m.
17  _____  ) Judge: Hon. Karlton
18
```

19 **IT IS HEREBY STIPULATED** by and between Assistant United States
20 Attorney TODD LERAS, Counsel for Plaintiff, and Attorney Dina L.
21 Santos, Counsel for Defendant EVARISTO ARREOLA-VENTURA; and Attorney
22 Benjamin Galloway, Counsel for Defendant OSCAR GOMEZ GORIBALDO, that
23 the status conference scheduled for January 15, 2013, be vacated and
24 the matter be continued to this Court's criminal calendar on February
25 26, 2013, at 9:15 a.m., for further status.  Counsel for Mr. Arreola-
26 Ventura is new to the case and requires more time to review discovery.
27 Furthermore, both parties are engaged in negotiations and further
28 investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 26, 2013, date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Jan. 11, 2013     /s/ Dina L. Santos
                         DINA L. SANTOS
                         Attorney for Defendant
                         EVARISTO ARREOLA-VENTURA

Dated: Jan. 11, 2013     /s/ Benjamin Galloway
                         BENJAMIN GALLOWAY
                         Attorney for Defendant
                         OSCAR GOMEZ GORIBALDO

Dated: Jan. 11, 2013     /s/ Todd Leras
                         TODD LERAS
                         Assistant United States Attorney
                         Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 11, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 15, 2013, be vacated and that the case be set for Tuesday,

February 26, 2013, at 9:15 a.m.  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 11, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from January 15, 2013, through and including February 26, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

Dated: January 15, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT