```
 1  JOSEPH SCHLESINGER, Bar# 87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    OSCAR GOMEZ GORIBALDO
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-354 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
|  | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
|  | ) |  |
| EVARISTO ARREOLA VENTURA, | ) | DATE: April 23, 2013 |
| and OSCAR GOMEZ GORIBALDO, | ) | TIME: 9:15 a.m. |
|  | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) |  |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant OSCAR GOMEZ GORIBALDO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant EVARISTO ARREOLA-VENTURA, by and through his attorney, DINA L. SANTOS, that the status conference set for Tuesday, March 26, 2013, be continued to Tuesday, April 23, 2013, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference, April 23, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED: March 21, 2013                Respectfully submitted,

                                     JOSEPH SCHLESINGER
                                     Acting Federal Defender

                                     /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     OSCAR GOMEZ GORIBALDO


                                     /s/ Benjamin Galloway for
                                     DINA L. SANTOS
                                     Attorney for Defendant
                                     EVARISTO ARREOLA-VENTURA

DATED: March 21, 2013                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Benjamin Galloway for
                                     TODD LERAS
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set March 26, 2013, status conference shall be continued to April 23, 2013,

at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, April 23, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: March 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT