```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-11-354 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| EVARISTO ARREOLA VENTURA, | |
| Defendant. | |

This matter came before the Court for a status conference on June 11, 2013, at 9:15 a.m. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendant Evaristo Arreola Ventura was personally present, and represented by Attorney Dina Santos. Court interpreter Yolanda Riley-Portal assisted the defendant.

Dina Santos informed the Court that she is conducting additional investigation in the case and had submitted a request to the Court for a medical evaluation of the defendant. She requested that the matter be put over for further status conference to July 30, 2013, at 9:15 a.m. She further requested

an exclusion of time for attorney preparation to July 30.  The
government agreed with the request for exclusion of time.

Based on the representations of the parties, the Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for July 30, 2013, at 9:15 a.m.;

2. Based on defense counsel's representations, the Court finds that the ends of justice outweigh the best interest of the public and the Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through July 30, 2013.

IT IS SO ORDERED

Date: June 14, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT